

James A. Kohl, Esq.
NV Bar No. 5692
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address: jak@h2law.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Juanito A. Sicam, and Elvira S. Sicam

Plaintiff,

vs.

Flagstar Bank, FSB; Northwest Trustee Services, Inc.; and Does I-X inclusive.

Defendants

Case No.: 2:09-cv-01847-RCJ-RJJ

ORDER DISMISSING CASE
AND EXPUNGING LIS PENDENS

This matter having come before this Court on July 6, 2010 pursuant to Defendants Flagstar Bank and Northwest Trustee Service's Motion to Dismiss, Defendants having appeared by and through their attorney James A. Kohl, Esq. Plaintiffs not having opposed the motion or appearing at oral argument; the Court having reviewed the papers and pleadings on file herein, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Flagstar Bank and Northwest Trustee Service, Inc. Motion to Dismiss is Granted.

**IT IS FURTHER ORDERED** that the Lis Pendens filed by Plaintiffs in the Clark County Recorder's Offices in Book Number 20090717 as Instrument No. 0003510 against

1631957

improved real property commonly known as 8491 Barrosa Ct., Las Vegas, NV 89117 and more particularly described as:

> Lot 1046 In Block T of Monaco #16 as shown by map thereof on file in Book 93 of Plats, Page 70 in the Office of the Clark County Recorder's Office, Clark County, Nevada

and also described as APN 163-090411-041 is hereby expunged and of no legal force or effect.

**IT IS FURTHER ORDERED** that this Order may be filed in the Clark County Recorder's Office as evidence that the Lis Pendens has been expunged.

Dated this 3 day of August, 2010.

_____
United States District Court Judge

Submitted by

Howard & Howard Attorneys PLLC

/s/ James A. Kohl
James A. Kohl, Esq.
NV Bar No. 5692
Howard & Howard Attorneys, PLLC
3800 Howard Hughes Parkway
Suite 1400
Las Vegas, NV 89169
(702) 257-1483
jak@h2law.com

Howard & Howard Attorney PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483